IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **NEIL PETERSON and** § | |
| **PENTATHERM LLC,** § | |
| *Plaintiffs* § | |
| § | |
| **v.** § | **CASE NO. 1:22-cv-00320** |
| § | **JURY** |
| **JENNIFER PICKERING,** § | |
| *Defendant* § | |
| § | |

## DEFENDANT'S MOTION TO STRIKE PARAGRAPHS 38-49 FROM PLAINTIFFS' COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(f)

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant Jennifer Pickering, through her attorneys, Lloyd & Mousilli, respectfully moves to strike paragraphs 38-49 from Plaintiffs' Complaint. In support, Defendant submits Defendant Jennifer Pickering's Memorandum of Law dated February 28, 2022, which is being filed contemporaneously with this motion, and the Affidavit of Jennifer Pickering, which is attached as **Exhibit A** to Defendant's Memorandum of Law.

Dated: February 28, 2022

                                                Respectfully Submitted,

                                                By: /s/ *Lema Barazi*
                                                LEMA BARAZI
                                                Attorney-in-charge
                                                Bar No. TX24056016
                                                lema@lloydmousilli.com
                                                **LLOYD & MOUSILLI, PLLC**

1

11807 Westheimer Road, Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (413) 473-6164
Service: litigation@lloydmousilli.com

**ATTORNEYS FOR DEFENDANT
JENNIFER PICKERING**

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 28, 2022,,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses and counsel of record:

*ATTORNEYS FOR PLAINTIFFS NEIL PETERSON AND PENTATHERM LLC:*

**SPENCER FANE LLP**
Jacob F. Hollars, #50352
1700 Lincoln St., Suite 2000
Denver, CO 80203
Phone: 303-839-3800
Fax: 303-839-3838
jhollars@spencerfane.com

**DICELLO LEVITT GUTZLER LLC**
Greg G. Gutzler (will seek admission)
Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel: (646) 933-1000
Fax: (646) 494-9648
ggutzler@dicellolevitt.com

Saul Cohen (will seek admission)
1101 Pennsylvania Ave, N.W., Suite 300
Washington, D.C. 20004
Tel.: (202) 975-2288
Fax: (202) 558-0799
scohen@dicellolevitt.com

*/s/ Lema Barazi*
Lema Barazi