# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **NEIL PETERSON** and **PENTATHERM LLC**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JENNIFER PICKERING**,<br><br>*Defendant*. | Case No. 1:22-CV-00320-WJM-KLM<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in the case as counsel for Plaintiffs:

    Neil Peterson; and

    Pentatherm LLC

Dated:  June 8, 2022                      */s/* Joshua J. Lax

                                                              Joshua J. Lax
                                                               **DICELLO LEVITT GUTZLER LLC**
                                                               Grand Central Place
                                                               60 East 42nd Street, Suite 2400
                                                                New York, NY 10165
                                                                Tel: 646-933-1000
                                                                Fax: 646-494-9648
                                                                jlax@dicellolevitt.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **June 8, 2022**, *via electronic filing system* on the following:

*ATTORNEY FOR DEFENDANT JENNIFER PICKERING*:

**LLOYD & MOUSILLI, PLLC**
Lema Barazi
11807 Westheimer Road, Ste 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (413) 473-6164
lema@lloydmousilli.com
litigation@lloydmousilli.com

                                                     */s/* Joshua J. Lax
                                                     Joshua J. Lax