IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| NEIL PETERSON and <br> PENTATHERM LLC, <br> *Plaintiffs* <br> <br> v. <br> <br> <br> JENNIFER PICKERING, <br> *Defendant* | § <br> § <br> § <br> §    CIVIL CASE NO. <br> §    1:22-cv-00320-WJM-KLM <br> §    JURY DEMANDED <br> § <br> § <br> § |

### DEFENDANT JENNIFER PICKERING'S MOTION FOR ATTORNEYS' FEES

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW, DEFENDANT JENNIFER PICKERING** (**"Defendant"** or **"Mrs. Pickering"**), in the above-styled matter and files this *Motion for Attorneys' Fees* (**"Motion"**) in compliance with D.C.COLO.LCivR 54.3. In support thereof, Defendant respectfully shows unto the Court the following:

### I.    INTRODUCTION

1. On January 5, 2023, Defendant filed a Motion for Sanctions against Plaintiffs Neil Peterson (**"Mr. Peterson"**) and Pentatherm LLC (collectively, **"Plaintiffs"**) and their counsel (**"Motion for Sanctions"**) due to their repeated attempts to serve an untimely subpoena upon a third-party witness David George (**"Mr. George"**) months after the discovery cut-off despite multiple requests by Defendant's counsel to cease and desist this behavior. *See* Dkt. 75. Plaintiff's counsel also repeatedly harassed Mr. George and had the process server unlawfully threaten Mr. George causing him severe emotional distress. *Id.*

2. Plaintiffs have had a myriad of attorneys involved in this case, including: Jacob F. Hollars of Spencer Fane LLP, Mark Hamill, Greg G. Gutzler, Joshua Lax, and John Frawley of DiCello, Levitt, Gutzler LLP. However, the most egregious conduct was performed by attorney Joshua Lax (**"attorney Lax"**). *Id.*

3. On May 1, 2023, the Court granted Defendant's Motion for Sanctions, in part, and awarded monetary sanctions against attorney Lax in the form of attorneys' fees related to the subpoena and the Motion for Sanctions. *See* Dkt. 127. The Court requested that Defendant file a separate motion regarding the amount of attorneys' fees to be awarded to Defendant, thus Defendant is filing the instant Motion. *Id.*

## II.   ARGUMENTS AND AUTHORITY

4. Federal district courts have broad authority to sanction misconduct of parties and attorneys in litigation under both 28 U.S.C. § 1927 and their "inherent power" to sanction and to award attorney's fees related to this misconduct as a sanction. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 42, (1991); *Accord Auto-Owners Ins. Co. v. Summit Park Townhome Ass'n*, 886 F.3d 852, 857 (10th Cir. 2018).

5. Defendant incurred attorneys' fees in the amount of $1,418.75 related to the unlawful subpoena, the preparation of the Motion for Sanctions, and reviewing Plaintiff's Opposition to the Motion for Sanctions as set forth in the Declaration of Lema Barazi (**"Mrs. Barazi"**). *See* **Exhibit A**, Barazi Declaration at ¶8. As set forth in Mrs. Barazi's Declaration, all attorneys' fees in the attached spreadsheet were specifically related to the unlawful subpoena and the Motion for Sanctions. *Id.* at ¶8; Ex. 1 to Ex. A. Defendant incurred additional attorneys' fees in the amount of

$2,492.50 related to the preparation of the instant Motion. *Id.* at ¶8. These attorneys' fees were reasonable and necessary in order to address the misconduct of attorney Lax. *Id.* at ¶9.

6.   Accordingly, Defendant respectfully requests that this Court sanction attorney Lax in the form of $2,492.50 in attorneys' fees to be paid to Defendant forthwith.

### III.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court grant the Motion for Attorneys' Fees and order attorney Lax to pay Defendant $3,911.25 in attorneys' fees as a sanction for his misconduct. Defendant further prays for such other and further relief, both general and special, at law or in equity, to which she may show herself to be justly entitled.

Dated: May 15, 2023                    Respectfully Submitted,

By: /s/ *Lema Barazi*
LEMA BARAZI
Attorney-in-charge
Bar No. TX24056016
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, Texas 77077
Tel: (512) 609-0059
Fax: (413) 473-6164
*litigation@lloydmousilli.com*

**ATTORNEYS FOR DEFENDANT**
**JENNIFER PICKERING**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **May 15, 2023,** *via electronic filing system* on the following:

Jacob F. Hollars
SPENCER FANE LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
Tel: (303) 839-3800
Fax: (303) 839-3838
*jhollars@spencerfane.com*

Mark Hamill
Greg G. Gutzler
John Frawley
DICELLO LEVITT GUTZLER LLC
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel: (646) 933-1000
Fax: (646) 494-9648
*mhamill@dicellolevitt.com*
*ggutzler@dicellolevitt.com*
*jfrawley@dicellolevitt.com*
*Attorneys for Plaintiffs Neil Peterson*
*and Pentatherm LLC*

                */s/ Lema Barazi*
                Lema Barazi